The Hon. Grady J. Leupold

```
_____ FILED  _____ LODGED
       _____ RECEIVED
       Sep 23, 2025
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| IN MATTER OF: | CASE NO. MC25-5002 |
|---|---|
| The Seizure of one 2001 Acura CL by the Drug Enforcement Administration | **ORDER TO UNSEAL AND CLOSE** |

THIS MATTER comes before the Court on the United States' Request to Unseal and Close MC25-5002. The Court, having reviewed the United States' Request, as well as the other pleadings and papers filed in this matter, hereby FINDS:

1. The Drug Enforcement Administration commenced administrative forfeiture proceedings and sent direct notice to identified potential claimants on or before the September 17, 2025, deadline, and also advertised the administrative forfeiture proceedings to the general public; and

2. No additional extensions are necessary and the associated materials need not remain sealed.

///

Order to Unseal & Close MC25-5002 - 1
*The Seizure of 2001 Acura C by DEA*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' Request to Unseal and Close is GRANTED; and

2. This matter, MC25-5002, is unsealed and closed.

IT IS SO ORDERED.

DATED this 23rd day of September, 2025.

                                        THE HON. GRADY J. LEUPOLD
                                        UNITED STATES MAGISTRATE JUDGE

Prepared By:

*s/Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: 206-553-6934
Jehiel.Baer@usdoj.gov

Order to Unseal & Close MC25-5002 - 2
*The Seizure of 2001 Acura C by DEA*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970